IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

AKIN WILLIAMS                                                                                            PLAINTIFF

vs.                                          Case No. 4:10-cv-4144

OFFICER JIMMY SMITH;
LT. STEVEN GLOVER; NURSE
JOAN McCLEAN; and
CAPTAIN JOHNNY GODBOLT                                                                    DEFENDANTS

## ORDER

Before the Court is the Report and Recommendation filed January 30, 2012 by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. (ECF No. 31). Judge Bryant recommends that Defendants' Motion for Summary Judgment (ECF No. 24) be granted in part and denied in part.  Specifically, Judge Bryant recommends that the motion be granted with respect to the denial of medical care claims and all claims against Lt. Steven Glover, Nurse Joan McLean, and Captain Johnny Godbolt. Judge Bryant further recommends that the motion be denied on the excessive force claim against Officer Jimmy Smith.  After reviewing the record *de novo*, the Court adopts Judge Bryant's Report and Recommendation as its own.

Plaintiff Akin Williams has filed an objection to the Report and Recommendation.  (ECF No. 32).  Plaintiff appears to have misunderstood the Report and Recommendation as denying or dismissing his excessive force claim against Officer Jimmy Smith and offers further argument as to why the excessive force claim against Officer Smith has merit.  Because Judge Bryant recommends that the excessive force claim *not* be dismissed as to Officer Smith,  Plaintiff's objections are moot.

Accordingly, the Court adopts Judge Bryant's Report and Recommendation. Defendants' Motion for Summary Judgment (ECF No. 24) should be and hereby is **GRANTED in part** and **DENIED in part**.  Plaintiff's medical care claims are **DISMISSED WITH PREJUDICE** as to all Defendants.

Plaintiff's excessive use of force claim is **DISMISSED WITH PREJUDICE** as to Separate Defendants Lt. Steven Glover, Nurse Joan McLean, and Captain Johnny Godbolt. Plaintiff's excessive use of force claim against Officer Jimmy Smith is the only surviving claim.

    **IT IS SO ORDERED**, this 1st day of March, 2012.

                                            /s/ Susan O. Hickey
                                            Hon. Susan O. Hickey
                                            United States District Judge